July 26, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

JEFFREY LONDON, Appellant

NO. 14-10-00385-CV                    V.

LETICIA LONDON, Appellee
_____

Having heard appellee's motion to dismiss the appeal, we conclude that it should be granted. We therefore order the appeal **DISMISSED.**

We order appellant Jeffrey London to pay all costs incurred in this appeal. We further order this decision certified below for observance.

We order appellant Jeffrey London to pay all costs incurred in this appeal. We further order this decision certified below for observance.